# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Salina Ingram, )<br>*Plaintiff* )<br>v. )<br>Commissioner Social Security Administration, )<br>*Defendant* ) | Civil Action No.   6:16-cv-00745-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain.

Date:   September 25, 2017                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                        s/Ashley Buckingham, Deputy Clerk
                                                                                        *Signature of Clerk or Deputy Clerk*